Genevive Majeri, appellee, v. Chicago Flat Janitors' Union Local 14332, appellant. Gen. No. 25,416.

Failure of abstract of record to comply with Appellate Court Rule 18. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 26, 1920.

Cruice & Langille, for appellant; Daniel L. Cruice, of counsel. No appearance for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Frank McErlane and Otto Christensen, plaintiffs in error. Gen. No. 25,453.

Prosecution for conspiracy to effect a jail delivery. Judgment of guilty. Error to the Criminal Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 26, 1920.

Charles C. Williams and Samuel R. Rabinoff, for plaintiffs in error; Thomas E. Swanson, of counsel. Maclay Hoyne, Edward E. Wilson and James C. O'Brien, for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Kate Smolinska, appellee, v. Stanley Renkowski, appellant. Gen. No. 25,474.

Bastardy proceeding. Judgment of guilty. Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed January 26, 1920.

John J. Poulton, Thomas A. Green and Roy C. Merrick, for appellant. Maclay Hoyne, Edward E. Wilson and John F. Cashen, Jr., for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

F. L. McLaughlin, trading as Northern Wood Fuel Company, appellee, v. S. Marcinkiewicz, trading as S. & M. Coal Company, appellant. Gen. No. 25,484.

Action for the value of wood delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 26, 1920. Rehearing denied February 9, 1920.

Timothy J. Fell, for appellant; F. O. Floberg, of counsel. Henry M. Hagan, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

John E. Erickson, administrator of the estate of Charles Nelson, deceased, appellant, v. Michael Reddy, appellee. Gen. No. 24,708.

Action to recover for conversion of money. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Charles N. Goodnow, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed January 28, 1920.

David J. Bentall, for appellant; Mather & Hutson, of counsel. No appearance for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.